# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

| | | |
|---|---|---|
| EVA S. COOLEY | § | PLAINTIFF |
| | § | |
| v. | § | Civil No. 2:22-cv-14-HSO-RHWR |
| | § | |
| LAMAR COUNTY SHERIFF | § | |
| DEPARTMENT et al. | § | DEFENDANTS |

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Court's Order entered this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 20th day of May, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE